Printed in USA

# Crane inspection

Metro-North Commuter Railroad

| Crane no. | Location | Sub-Division | System/Gang | Date Inspected | Monthly / Annual |
|---|---|---|---|---|---|
| CD-4005 | New Haven | | | 5/22/02 | |

Last inspection date 4/4/02

Present general condition: ☐ Good ☐ Fair ☐ O/S

| OK YES | NO | Item |
|---|---|---|
| | X | Boom |
| | NA | Boom Stops |
| ✓ | | Boom Angle Indicator |
| ✓ | | Boom Rivets & Bolts |
| ✓ | | Boom Heel Pins |
| ✓ | | Sheaves |
| ✓ | | Sheave Pins |
| ✓ | | Cable Drums |
| ✓ | | Cable-Boom-Holding Line |
| | | Closing, Pendants |
| | X | Cable Clamps |
| ✓ | | Hoisting Blocks/Hooks |
| | N/A | Winch |
| | N/A | Winch Cable |
| | N/A | Lifting Chains |
| ✓ | | Tongs-Rail-Frog |
| | X | Brakes |
| ✓ | | Brakes-Air-Lines-Reservoir |
| | N/A | Brakes-Hydraulic |
| ✓ | | Brakes-Emergency |
| | N/A | Brakes-2 Wheel |
| | | Brakes-4 Wheel |
| | X | Brakes-Shoes |
| ✓ | | Trucks-Journal Bearings |
| ✓ | | Wheels-Flange Wear-Treadwear |
| ✓ | | Axles |
| ✓ | | Tram-Axle & Wheel |
| ✓ | | Springs |
| | N/A | Tires |
| | N/A | Steering |
| ✓ | | U-Joints, Drive Gears |
| | | Drive Chains |
| | | Sprockets |
| ✓ | | Drive Shafts |
| ✓ | | Gear Boxes, Swing, Travel |
| | X | Transmission |
| ✓ | | Bearings |
| | N/A | Hook Roller |
| | N/A | Outriggers |

| OK YES | NO | Item |
|---|---|---|
| | X | Steps and Railing |
| ✓ | | Draw Bars-Couplers |
| ✓ | | Swing Stops/Locking Pins |
| ✓ | | Operating Controls |
| | X | Windows |
| ✓ | | Windshield Wipers |
| | X | Warning Devices |
| | X | Lights |
| ✓ | | Guards |
| | X | Engine |
| ✓ | | Clutch-PTO |
| | | Gauges-Temperature-Oil-Ampere |
| | N/A | Hydraulic System-Valves, Pump, Motor |
| | N/A | Main Control Generator |
| | X | Magnet Generator |
| ✓ | | Magnet |
| ✓ | | Tagline-Cable-Electrical |
| ✓ | | Battery |
| ✓ | | Air Compressor |
| ✓ | | Safety Appliances |
| ✓ | | Fire Extinguishers |
| | X | General Condition-Paint, etc. |
| ✓ | | Lifting Capacity Chart |
| | X | Parts Book and Operating Manual |
| | X | Lubrication |

When was Cable Replaced:
Boom
Holding
Closing
Strands of Cable Broken
Ground Cables and Ground Clamps
Electrical Wire Warning Sign

Crane Insp. 3rd

Remarks: [illegible handwritten remarks] ... 5 (E-173L) ... Brakes ... Crane ... noisy

Operator's Signature

(Date)

(Employee No.)

I certify to the correctness of this report

(Signed) [signature] 5/22/02 (Date Posted)

Employee Number [illegible]

(Title) [illegible]

CB 4005 7/11/02

1) Extremely Noisey in operators Cab.

2) Needs Flood Light

3) Sending unit For propeller shaft not working (disconnected)

4) Brakes on Crane not releasing all the Time

5) Oil leaking from engine and Transmission

6) Fuel gauge not working

7) Travel Bands dragging and not disengauging in 4th gear.

8) Pin in coupler Bent + sloppy

F. E. Babut
712478

ATT:
MARK ELLIS

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0743 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 07/01 06:57 |
| USAGE T | 00'25 |
| PGS. | 1 |
| RESULT | OK |

CB 005 9/23/00

1) Extremely Noisey while Traveling, Cannot hear radio. unsafe situation.

2) 4 bent boom struts.

3) NO emergency shutdown switch.

4) oil Leaking on deck.

5) Boom Light missing.

6) Gear oil Leaking out of Transfer case.

7) When pulling Car, Train Line air brakes activate by them selves.

ATT:

Paul Signorelli

T.E. Bakerstes

712478



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4170 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 10/23 08:01 |
| USAGE T | 00'13 |
| PGS. | 1 |
| RESULT | OK |

CB 4004 9/6/00

1) Oil Leaking from Engine and Travel Gears + shafts.

2) Engine overheats and leaks antifreeze under Load.

3) Engine burns oil

4) Engine grinds in every gear, very difficult To Shift

5) Travel bands stick, won't release.

6) Extremely noisey in work Mode. getting worse

7) Flat spots in wheels.

8) Boom Light + running Lights not working

9) needs Air Filter, oil change and oil filters

ATT: PAUL Signorelli

F. E. Bakuta
712478



*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | | |
|---|---|---|
| TX/RX NO | 4054 | |
| CONNECTION TEL | | 8579 |
| CONNECTION ID | NWP SHOP | |
| ST. TIME | 09/06 08:40 | |
| USAGE T | 00'12 | |
| PGS. | 1 | |
| RESULT | OK | |

CB 4004 7/25/00

1) oil leaking from everywhere.

2) Engine overheats + leaks antifreeze under a load.

3) Transmission Grinds in every Gear, very difficult to shift.

4) Travel bands stick, won't release.

5) Very noisey, and getting worse, especially in work mode.

F. E. Bolute
712478



07/25/00 TUE 08:30 FAX 203 786 8223 NH PROJECTS 001

*** TX REPORT ***

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3978 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 07/25 08:30 |
| USAGE T | 00'19 |
| PGS. | 1 |
| RESULT | OK |

6/5/00

CB 4005

1) No Boom stops.
2) No Belt Guards on Engine pulleys.
3) Fuel Gage does not work.
4) Air Leak in brake Line system.
5) Heater core Leaking.
6) Extremely Noisey in operators Cab when Traveling, Cannot hear radio, hurts Ears!
7) Foot steps on chasiss to narrow, needs Foot Grating extended, Dangerous.
8) Travel bands slipping.
9) Boom struts Bent.

F. E. Balestra
712478

ATT:

Paul Signorelli

CB 4005 5/3/00

1) NO Boom STops
2) NO BelT Guards ON FronT of engine
3) Fuel Gage does noT work
4) AiR Leak in Load Line ConTrol
5) Heater core Leaking
6) CannoT hear radio inside operaTors Cab, need exTernal speaker.
7) cab Leaks in several places when iT rains.
8) FooT sTeps on chasiss Too narrow, Dangerous
9) Boom STruTs benT
10) ExTremely noisey inside operaTors Cab.
11) Needs air horn facing To The rear.
12) Travel bands Slipping
13) Needs 24 volT bulbs for indicaTor lighT for propeller shafT.

ATT:
Paul Signorelli

F. E. Bahuto
712478

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3717 |
| CONNECTION TEL | 8579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 05/03 07:51 |
| USAGE T | 00'18 |
| PGS. | 1 |
| RESULT | OK |

CB 4005
4/20/00
1) NO Boom STOPS
2) NO BeLT guards on FronT of Engine
3) FueL gauge does noT work
4) AiR Leak in Train Brake
5) HeaTER Core Leaking AnTi Freeze
6) CannoT hear radio inside operaTors Cab, needs exTernaL Speaker.
7) Cab LeaKs in SeveraL places when iT rains.
8) FooT STeps on ChasiS To Narrow, Hazzardous!
9) Boom STruTS BenT
10) ExTremeLy noisey inside operaTors Cab.
11) Need Air Horn Facing To The rear.
ATT:
PAUL Signourelli
F. E. Babcock
712478

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3682 |
| CONNECTION TEL | 78579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 04/20 07:48 |
| USAGE T | 00'24 |
| PGS. | 1 |
| RESULT | OK |

CB 4004 11/15/99

1) oil Leaking onTo Deck
2) Coupler defected, won't Release
3) Needs sound proofing, Noise unbearable!
4) Travel Bands sticking, won't release.
5) Transmission synchros shot, very hard To get into Gear
6) Rear marker Lights needs bulbs, NoT working.
7) Hand brake benT, casT broken.
8) Front Sheave bushings worn
9) Air Dryer Needs filament, A LoT of water building up in Air Tank.
10) oil Leaking from Transfer case
11) Engine burning oil.
12) FooT Grating needs To be welded, Tripping hazard.

ATT:
PAUL Signorelli

F.E. Bahuta
712478

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3321 |
| CONNECTION TEL | 78579 |
| CONNECTION ID | NWP SHOP |
| ST. TIME | 11/15 08:58 |
| USAGE T | 00'30 |
| PGS. | 1 |
| RESULT | OK |

Burro Crane CB 4004 9/29/99

1) Oil Leaking on Deck
2) 2 Steps Bent (dangerous situation)
3) Coupler defected (won't Release)
4) Needs Sound proofing material (Noise unbearable)
5) Bottom Brake inspection cover missing
6) Flood light on Boom not working
7) Travel bands still dragging in reverse and won't release (very dangerous)
8) Transmission grinds in every gear (Synchros worn)
9) rear marker lights not working
10) Hand brake bent
11) Front Sheave bushings worN
12) Cannot Travel in high range
13) External radio speaker not working

ATT: Paul Signorelli

F.E. Bahutis
712478

Arthur Lawhorn
9/29/99

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3212 |
| CONNECTION TEL | 78579 |
| CONNECTION ID | METRO NORTH WORK |
| ST. TIME | 09/29 07:49 |
| USAGE T | 00'36 |
| PGS. | 1 |
| RESULT | OK |

9/14/99

Burro Crane CB 4004

1) oil Leaking on deck
2) 2 STeps damaged (dangerous)
3) Coupler defected (won't release)
4) Needs Sound Proofing material (noise unbearable)
5) Bottom Brake ~~cover~~ inspection cover missing.
6) Flood Light on boom missing.
7) Travel Bands dragging and won't release when going in reverse.
8) Transmission grinds in every gear, Synchros worn.
9) Rear marker Lights not working.
10) Hand Brake Bent.
11) Front Sheave bushings worn.
12) Cannot Travel in High range. Bushings on vertical shaft worn.

F.E. Bahutus
Empl. # 712478