IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
                                                       :
THOMAS BYRNE, SR.                                      :     3:03 CV 182 (CFD)
                                                       :
                                                       :
v.                                                     :
                                                       :     DATE: FEB. 10, 2004
METRO-NORTH RAILROAD CO. et al.                        :
                                                       :
-------------------------------------------------------x
```

ENDORSEMENT ORDER

In the interest of justice, the parties' Joint Motion to Transfer and to Consolidate for Scheduling and Discovery Purposes (Dkt. #13) is <u>denied</u>.

Dated at New Haven, Connecticut, this 10th day of February, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge