IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------------------x
                                              :
NICKOLAS ATLAS                                :   3:02 CV 2029 (DJS)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO.                      :   DATE: SEPT. 30, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
MICHAEL BETTINI                               :   3:02 CV 2030 (RNC)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: SEPT. 30, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
PAUL CIUZIO                                   :   3:02 CV 2032 (JBA)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: SEPT. 30, 2004
                                              :
------------------------------------------------------------x
------------------------------------------------------------x
                                              :
RICHARD F. FANNING                            :   3:02 CV 2034 (WWE)
                                              :
                                              :
v.                                            :
                                              :
                                              :
METRO-NORTH RAILROAD CO. ET AL.               :   DATE: SEPT. 30, 2004
                                              :
------------------------------------------------------------x
```

```
-----------------------------------------------------------x
                                                           :
THOMAS FARLEY                                              :   3:02 CV 2035 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
COLOGERO G. FARRUGGIO                                      :   3:02 CV 2036 (CFD)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
CLYDE M. GIBBS                                             :   3:02 CV 2037 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
-----------------------------------------------------------x
                                                           :
THOMAS INFANTINO                                           :   3:02 CV 2038 (WWE)
                                                           :
                                                           :
v.                                                         :
                                                           :
                                                           :
METRO-NORTH RAILROAD CO. ET AL.                            :   DATE: SEPT. 30, 2004
                                                           :
-----------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
   ANTONIO SARTORI                                    :    3:02 CV 2039 (PCD)
                                                      :
                                                      :
   v.                                                 :
                                                      :
                                                      :
   METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
   LAWRENCE TRAMAGLINI                                :    3:02 CV 2040 (SRU)
                                                      :
                                                      :
   v.                                                 :
                                                      :
                                                      :
   METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
   JOSEPH WALZ                                        :    3:02 CV 2041 (DJS)
                                                      :
                                                      :
   v.                                                 :
                                                      :
                                                      :
   METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
   DAVID B. BETRIX                                    :    3:03 CV 181 (WWE)
                                                      :
                                                      :
   v.                                                 :
                                                      :
                                                      :
   METRO-NORTH RAILROAD CO. ET AL.                    :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
```

```
------------------------------------------------------x
                                                      :
THOMAS BYRNE, SR.                                     :    3:03 CV 182 (CFD)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
FRANK A. DiLORENZO                                    :    3:03 CV 183 (AWT)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
DENNIS INCONSTANTI                                    :    3:03 CV 184 (JCH)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
------------------------------------------------------x
                                                      :
JOHN F. JOHNSON, JR.                                  :    3:03 CV 185 (MRK)
                                                      :
                                                      :
v.                                                    :
                                                      :
                                                      :
METRO-NORTH RAILROAD CO. ET AL.                       :    DATE: SEPT. 30, 2004
                                                      :
------------------------------------------------------x
```

```
-----------------------------------------------------x
                                                     :
JOHN J. MELILLO                                      :      3:03 CV 186 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO.                             :      DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
PEDRO S. RODRIGUEZ                                   :      3:03 CV 188 (JBA)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
RICHARD STARR                                        :      3:03 CV 189 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
-----------------------------------------------------x
                                                     :
ROBERT F. WRIGHT                                     :      3:03 CV 191 (RNC)
                                                     :
                                                     :
v.                                                   :
                                                     :
                                                     :
METRO-NORTH RAILROAD CO. ET AL.                      :      DATE: SEPT. 30, 2004
                                                     :
-----------------------------------------------------x
```

RULING ON MOTIONS FOR EXTENSION OF SCHEDULING ORDER DEADLINES

By agreement of counsel, defendant's Motions for Extension of Scheduling Order Deadlines, Geary, 3:02 CV 1679 (WWE), Dkt. #64; Atlas, 3:02 CV 2029 (DJS), Dkt. #25; Bettini, 3:02 CV 2030 (RNC), Dkt. #52; Ciuzio, 3:02 CV 2032 (JBA), Dkt. #59; Fanning, 3:02 CV 2034 (SRU), Dkt. #47; Farley, 3:02 CV 2035 (WWE), Dkt. #46; Farruggio, 3:02 CV 2036 (CFD), Dkt. #52; Gibbs, 3:02 CV 2037 (WWE), Dkt. #49; Infantino, 3:02 CV 2038 (WWE), Dkt. #49; Sartori, 3:02 CV 2039 (PCD), Dkt. #51; Tramaglini, 3:02 CV 2040 (SRU), Dkt. #45; Walz, 3:02 CV 2041 (DJS), Dkt. #55; Betrix, 3:03 CV 181 (WWE), Dkt. #46; Byrne, 3:03 CV 182 (CFD), Dkt. #40; DiLorenzo, 3:03 CV 183 (AWT), Dkt. #42; Inconstanti, 3:03 CV 184 (MRK), Dkt. #47; Johnson, 3:03 CV 185 (MRK), Dkt. #44; Melillo, 3:03 CV 186 (RNC), Dkt. #23; Rodriguez, 3:03 CV 188 (JBA), Dkt. #48; Starr, 3:03 CV 189 (RNC), Dkt. #43; Wright, 3:03 CV 191 (RNC), Dkt. #49, are granted by agreement as follows:

All fact discovery shall be completed **on or before December 15, 2004**; plaintiff's expert report(s) shall be disclosed **on or before January 14, 2005**; plaintiff's expert(s) shall be deposed **on or before February 15, 2005**; defendant's expert report(s) shall be disclosed **on or before February 15, 2005**; and defendant's expert(s) shall be deposed **on or before March 15, 2005**.

Dated at New Haven, Connecticut, this 30th day of September, 2004.

_____/s/_____
Joan Glazer Margolis
U.S. Magistrate Judge

6