UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| THOMAS J. BYRNE, SR. | : |
| | : |
| Plaintiff, | : |
| | : |
| V. | : CIVIL ACTION NO. 3:03 CV 00182 (CFD) |
| | : |
| METRO-NORTH RAILROAD COMPANY, | : |
| CONSOLIDATED RAIL CORPORATION, | : |
| AMERICAN FINANCIAL GROUP, | : |
| INC., f/k/a AMERICAN PREMIUR | : JANUARY 10, 2005 |
| UNDERWRITERS, INC. f/k/a | : |
| PENN CENTRAL CORPORATION | : |
| | : |
| Defendants.. | : |

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for Defendant, Metro-North Railroad Company.

Dated: January 10, 2005        _____
                     Susan B. Parzymieso, Esq.  (CT 25301)
                     Ryan, Ryan, Johnson & Deluca, LLP
                     80 Fourth Street, P.O. Box 3057
                     Stamford, CT   06905
                     Phone No. 203-357-9200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 10, 2005, a copy of the above was mailed to the following counsel and pro se parties of record:

George J. Cahill, Jr., Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff, Thomas J. Byrne, Sr.

 

_____
Susan B. Parzymieso, Esq.

I:\Procases\205.170\appearancebyrne.wpd
205.170