UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS BYRNE, SR.

    Vs.                          Case Number: 3:03CV182 (CFD)

METRO-NORTH RR CO

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>November 21, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed thereafter.

Accordingly, an order of dismissal will be entered on **January 20, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, November 21, 2005.

                          KEVIN F. ROWE, CLERK

                          By: _____
                               Devorah Johnson
                               Deputy Clerk