UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

THOMAS BYRNE, SR.                          :

    Vs                                     :        Case No.3:03CV182(CFD)

METRO-NORTH RR CO.
                                                                     :

**<u>JUDGMENT</u>**

Counsel of record having reported to the court on November 21, 2005, that the above-entitled cases has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, January 26, 2006.

                                          KEVIN F. ROWE, Clerk

                                          BY:_____
                                                    Devorah Johnson
                                                    Deputy Clerk

EOD_____